**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Travelers Companies Inc., a/s/o Ocean Trading Ltd.<br>    v.<br>Evergreen Shipping Agency (America) Corporation, et al. | Case Number:<br>FILED: MAY 21, 2008<br>08CV2952    PH<br>JUDGE MORAN<br>MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Travelers Companies Inc., a/s/o Ocean Trading Ltd.

| |
|---|
| NAME (Type or print)<br>Timothy S. McGovern |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy S. McGovern |
| FIRM<br>Snyder McGovern LLC |
| STREET ADDRESS<br>12750 S. HARLEM AVE., STE. 2A |
| CITY/STATE/ZIP<br>PALOS HEIGHTS, IL 60463 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6275492 | TELEPHONE NUMBER<br>(708) 448-9700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐