**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of <br> Travelers Companies Inc., a/s/o Ocean Trading Ltd. <br>      v. <br> Evergreen Shipping Agency (America) Corporation, et al. | Case Number: <br> FILED: MAY 21, 2008 <br> 08CV2952      PH <br> JUDGE MORAN <br> MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Travelers Companies Inc., a/s/o Ocean Trading Ltd.

| |
|---|
| NAME (Type or print) <br> Michael A. Snyder |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael A. Snyder |
| FIRM <br> Snyder McGovern LLC |
| STREET ADDRESS <br> 12750 S. HARLEM AVE., STE. 2A |
| CITY/STATE/ZIP <br> PALOS HEIGHTS, IL 60463 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2664542 | TELEPHONE NUMBER <br> (708) 448-9700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐