UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**TRAVELERS COMPANIES, INC. A/S/O OCEAN TRADING LTD.**

PLAINTIFF(S)

vs.

**EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION AND ACE WORLD WIDE AIR FREIGHT CO. INC.**

DEFENDANT(S)

COURT DATE:

Case No.
**08 CV 2952**

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT, EXHIBITS**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jun 13, 2008,** at **11:20 AM**, I served the above described documents upon **EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION C/O UNITEDS STATES CORPORATION CO.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **WANDA MASSEY / CUSTOMER SERVICE REP**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **33 N. LASALLE ST., 2320, CHICAGO, IL 60602.**

**DESCRIPTION:**   Gender: **F**   Race: **BLACK**   Age: **35**   Hgt: **5'5"**   Wgt: **250**   Hair: **BLACK**   Glasses: **YES**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Robert D Fairbanks**, **Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 13th day of June, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
**Snyder McGovern, LLC***
**FILE #: Ace Trucking**

ORIGINAL PROOF OF SERVICE

TRACKING #
**39151**