## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of Illinois

ORIGINAL

Case Number: 08CV2952

Plaintiff:
**Travelers Companies Inc**

vs.

Defendant:
**Evergreen Shipping Agency (America) Corporation et al**

For:
Timothy S McGovern
Snyder McGovern LLC
12750 South Harlem Ave
Suite 2a
Palos Heights, IL  60463

Received by SOUTHEAST WISCONSIN PROCESS, LLC to be served on **Ace World Wide Air Freight Co Inc c/o Mr. John W Steiner, Registered Agent, 1900 E College Ave, Cudahy, WI 53110**.

I, Shannon Gutierrez, being duly sworn, depose and say that on the **17th day of June, 2008** at **2:58 pm**, I:

Served the within named corporation by delivering a true copy of the **Summons in a Civil Case, Complaint and Exhibits** with the date and hour of service endorsed thereon by me to John Steiner as Registered Agent of the within named corporation, in compliance with State Statutes.

I certify that I am over the age of 18, I am a resident of the State of Wisconsin and have no interest in the above action.

Subscribed and Sworn to before me on the 20th day of June, 2008 in Waukesha, State of Wisconsin

_____
NOTARY PUBLIC
My Commission Expires _____4-29-12_____

**Shannon Gutierrez**
Process Server

SOUTHEAST WISCONSIN PROCESS, LLC
419 North Grand Ave.
Waukesha, WI  53186
(262) 650-8904

Our Job Serial Number: 2020128538

Service Fee: $40.00

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c