**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number: 08CV2952

TRAVELERS COMPANIES, INC., as                         Judge James B. Moran

Subrogee of Ocean Trading Ltd., -v- EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and

ACE WORLD WIDE AIR FREIGHT CO. INC.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

ACE WORLDWIDE MOVING & STORAGE, improperly sued as

ACE WORLD WIDE AIR FREIGHT CO. INC.

| | |
|---|---|
| NAME (Type or print) Timothy V. Hoffman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Timothy V. Hoffman | |
| FIRM  SANCHEZ DANIELS & HOFFMAN LLP | |
| STREET ADDRESS  333 West Wacker Drive - Suite 500 | |
| CITY/STATE/ZIP  Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6186716 | TELEPHONE NUMBER  312/641-1555 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  YES | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  YES | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  YES | |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.  RETAINED COUNSEL        APPOINTED COUNSEL | |