THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS COMPANIES, INC., as Subrogee of Ocean Trading Ltd., | ) ) ) | |
| v. | ) ) | Case No. 08 CV 2952 |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and ACE WORLD WIDE AIR FREIGHT CO. INC., | ) ) ) ) | Judge James B. Moran Magistrate Judge Arlander Keys |

## NOTICE OF FILING

To:   Mr. Michael A. Snyder
      Mr. Timothy McGovern
      SYNDER McGOVERN, LLC
      12750 South Harlem Avenue
      Suite 2A
      Palos Heights, Illinois 60463

   PLEASE TAKE NOTICE that on July 7, 2007, we shall file with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Appearances, copies of which we attach hereto and serve upon you herewith.

                            By:   s/ Edric S. Bautista
                                  One of the Attorneys for Defendant

Dated: July 7, 2008

Timothy V. Hoffman (ARDC # 6186716)
Edric S. Bautista (ARDC # 6285719)
Sanchez Daniels & Hoffman
333 W. Wacker Dr., Suite 500
Chicago, Illinois 60606
(312) 641-1555

## PROOF OF SERVICE

   The undersigned, an attorney, states that he caused to be served the foregoing Notice of Filing via CM/ECF to the above-listed attorney at the address indicated on the 7th day of July, 2007.

                            By:   /s/ Edric S. Bautista