**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case Number: 08CV2952

TRAVELERS COMPANIES, INC., as                                      Judge James B. Moran

Subrogee of Ocean Trading Ltd., -v- EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and

ACE WORLD WIDE AIR FREIGHT CO. INC.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

ACE WORLDWIDE MOVING & STORAGE, improperly sued as

ACE WORLD WIDE AIR FREIGHT CO. INC.

| | |
|---|---|
| NAME (Type or print) Edric S. Bautista | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Edric S. Bautista | |
| FIRM  SANCHEZ DANIELS & HOFFMAN LLP | |
| STREET ADDRESS  333 West Wacker Drive - Suite 500 | |
| CITY/STATE/ZIP  Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6285719 | TELEPHONE NUMBER 312/641-1555 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  NO

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") NO

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") NO

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") NO

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL