THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS COMPANIES, INC., as Subrogee of Ocean Trading Ltd., ) ) ) | |
| v. ) ) | Case No. 08 CV 2952 |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and ACE WORLD WIDE AIR FREIGHT CO. INC., ) ) ) ) | Judge James B. Moran Magistrate Judge Arlander Keys |

## AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

NOW COMES the Defendant, ACE WORLDWIDE MOVING & STORAGE, improperly sued as ACE WORLD WIDE AIR FREIGHT CO. INC., by and through its attorneys, Sanchez Daniels & Hoffman LLP, and moves this Court for an extension of twenty-eight (28) days within which to answer or otherwise plead. Plaintiff's counsel has agreed to Defendant's motion.

        Respectfully submitted,
        ACE WORLDWIDE MOVING & STORAGE

        s/ Edric S. Bautista

Timothy V. Hoffman (ARDC # 6186716)
Edric S. Bautista (ARDC # 6285719)
Sanchez Daniels & Hoffman
333 W. Wacker Dr., Suite 500
Chicago, Illinois 60606
(312) 641-1555