THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS COMPANIES, INC., as Subrogee of Ocean Trading Ltd., | ) ) ) | |
| v. | ) ) | Case No. 08 CV 2952 |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and ACE WORLD WIDE AIR FREIGHT CO. INC., | ) ) ) ) | Judge James B. Moran
Magistrate Judge Arlander Keys |

**NOTICE OF AGREED MOTION**

To:   Mr. Michael A. Snyder
       Mr. Timothy McGovern
       SYNDER McGOVERN, LLC
       12750 South Harlem Avenue
       Suite 2A
       Palos Heights, Illinois 60463

PLEASE TAKE NOTICE that on July 10, 2008 at 9:00 a.m., before the Honorable Judge James B. Moran in Room 1844, 219 South Dearborn Street, Chicago, Illinois we shall then and there present Defendant ACE WORLDWIDE MOVING & STORAGE's, improperly sued as ACE WORLD WIDE AIR FREIGHT CO. INC., Agreed Motion for Extension of Time to Answer or Otherwise Plead copies of which are attached.

By:   s/ Edric S. Bautista
       One of the Attorneys for Defendant

Dated: July 7, 2008

Timothy V. Hoffman (ARDC # 6186716)
Edric S. Bautista (ARDC # 6285719)
Sanchez Daniels & Hoffman
333 W. Wacker Dr., Suite 500
Chicago, Illinois 60606
(312) 641-1555

**PROOF OF SERVICE**

The undersigned, an attorney, states that he caused to be served the foregoing Notice of Motion via CM/ECF to the above-listed attorney at the address indicated on the 7th day of July, 2008.

By:   /s/ Edric S. Bautista