THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS COMPANIES, INC., as Subrogee of Ocean Trading Ltd., | ) ) ) | |
| v. | ) ) | Case No. 08 CV 2952 |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and ACE WORLD WIDE AIR FREIGHT CO. INC., | ) ) ) ) | Judge James B. Moran Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

To:   Mr. Michael A. Snyder          Paul J. Kozacky
       Mr. Timothy McGovern           Kozacky & Weitzel, P.C.
       SYNDER McGOVERN, LLC          55 West Monroe Street
       12750 South Harlem Avenue      Suite 2450
       Suite 2A                        Chicago, IL 60603
       Palos Heights, Illinois 60463   312) 696-0900

     PLEASE TAKE NOTICE that on August 14, 2008 at 9:00 a.m., before the Honorable Judge James B. Moran in Room 1844, 219 South Dearborn Street, Chicago, Illinois we shall then and there present Defendant ACE WORLDWIDE MOVING & STORAGE's Motion to Dismiss Count I of the Complaint copies of which are attached.

                                   By:   s/ Edric S. Bautista
                                           One of the Attorneys for Defendant

Dated: August 7, 2008

Timothy V. Hoffman (ARDC # 6186716)
Edric S. Bautista (ARDC # 6285719)
Sanchez Daniels & Hoffman
333 W. Wacker Dr., Suite 500
Chicago, Illinois 60606
(312) 641-1555

## PROOF OF SERVICE

     The undersigned, an attorney, states that he caused to be served the foregoing Notice of Motion via CM/ECF to the above-listed attorney at the address indicated on the 7th day of August, 2008.

                                   By:   /s/ Edric S. Bautista