UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS COMPANIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-02952 |
| v. | ) | |
| | ) | Hon. James B. Moran |
| EVERGREEN SHIPPING AGENCY | ) | |
| (AMERICA) CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

        On August 12, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran or any judge sitting in his stead in Room 1843 of the Everett Mckinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present defendant's Motion to Dismiss, a copy of which is hereby served upon you.

                                                        /s/ Jeffrey S. Becker

Paul J. Kozacky
Jerome R. Weitzel
Jeffrey S. Becker
KOZACKY & WEITZEL, P.C.
55 West Monroe St., Suite 2400
Chicago, Illinois 60603
Attorney No. 41950
312-696-0900

### CERTIFICATE OF SERVICE

I, Jeffrey S. Becker, an attorney, certify that I caused this Notice of Motion to be served upon the following persons in the following manner before the hour of 5:00 p.m. on August 07, 2008:

| | |
|---|---|
| *Via Electronic Case Filing* | *Via Electronic Case Filing* |
| Timothy V. Hoffman | Timothy S. McGovern |
| Edric S. Bautista | Michael A. Snyder |
| SANCHEZ DANIELS & HOFFMAN | SNYDER MCGOVERN, LLC |
| 333 West Wacker Drive, Suite 500 | 12750 South Harlem Avenue, #2A |
| Chicago, Illinois 60603 | Palos Heights, Illinois 60463 |
| (312)641-1555 | (708)448-9700 |

                                           /s/ Jeffrey S. Becker

Paul J. Kozacky
Jerome R. Weitzel
Jeffrey S. Becker
KOZACKY & WEITZEL, P.C.
55 West Monroe St., 24th Floor
Chicago, Illinois 60603
312-696-0900