# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Travelers Companies Inc

                            Plaintiff,

v.                                                                       Case No.: 1:08−cv−02952
                                                                Honorable James B. Moran

Evergreen Shipping Agency (America) Corporation, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable James B. Moran:Motion hearing held on 8/12/2008 regarding motion to dismiss [20]. Plaintiff's response to defendant's motion to dismiss [20] to be filed by 9/9/2008. Defendant's reply in support of motion to be filed by 9/30/2008. Status hearing set for 8/14/2008 is stricken. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.