**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Travelers Companies Inc

                Plaintiff,

v.                              Case No.: 1:08−cv−02952
                              Honorable James B. Moran

Evergreen Shipping Agency (America) Corporation, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable James B. Moran: Plaintiff's response to defendant, Ace Worldwide Moving & Storage's motion to dismiss [18] to be filed by 9/9/2008. Defendant Ace Worldwide's reply in support of its motion [18] to be filed by 9/30/2008. No appearance required on 8/14/2008.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.