## United States District Court, Northern District of Illinois 

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2952 | **DATE** | 8/12/2008 |
| **CASE TITLE** | TRAVELERS COMPANIES, INC. vs. EVERGREEN SHIPPING AGENCY | | |

**DOCKET ENTRY TEXT**

Enter Order. Count I of the Complaint is dismissed.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|