

THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVELERS COMPANIES, INC., as Subrogee of Ocean Trading Ltd., ) ) ) | |
| v. ) ) | Case No. 08 CV 2952 |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and ACE WORLD WIDE AIR FREIGHT CO. INC., ) ) ) | Judge James B. Moran<br>Magistrate Judge Arlander Keys |

### ORDER

THIS CAUSE COMING to be heard on the Motion of the Defendant, ACE WORLDWIDE MOVING & STORAGE, by and through their attorneys, SANCHEZ DANIELS & HOFFMAN LLP, for an Order of Court dismissing Count I of the Complaint, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that Count I of the Complaint is dismissed.

_____ August 12 _____, 2008
ENTER

_____ James B. Moran _____
Judge                Judge's No.

**SANCHEZ DANIELS & HOFFMAN LLP**
Attorneys for Defendant
333 West Wacker Drive
Suite 500
Chicago, Illinois 60606
(312) 641-1555