UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS COMPANIES, INC., as Subrogee of Ocean Trading Ltd., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 2952 |
| v. | ) ) | Judge Moran |
| EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION and ACE WORLD WIDE AIR FREIGHT CO. INC., | ) ) ) ) ) | Magistrate Judge Keys |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   *All counsel of record (via ECF)*

    PLEASE TAKE NOTICE that on **Tuesday, August 19, 2008, at 9:00 a.m.**, or as soon thereafter as can be heard, counsel for the undersigned party will appear before the Honorable Judge Moran, and then and there present **MOTION TO VACATE ORDERS DISMISSING COUNT I OF PLAINTIFF'S COMPLAINT AGAINST ACE WORLD WIDE**.  You may appear and be heard if you choose to do so.

                  Respectfully submitted,

                  TRAVELERS COMPANIES, INC.,
                  as Subrogee of Ocean Trading Ltd..
                  plaintiff,

                      s/ Timothy S. McGovern
                        Its attorney

Michael A. Snyder
Timothy S. McGovern
SNYDER MCGOVERN, LLC
12750 South Harlem Avenue
Suite 2A
Palos Heights, Illinois 60463
Tel.: (708) 448-9700
Fax: (708) 448-9750

1

## **CERTIFICATE OF SERVICE**

  I, Timothy S. McGovern, attorney, certify that I served a true copy of the foregoing **NOTICE OF MOTION** on this 14th day of August, 2008, on all parties that have appeared, via ECF.

                 **s/** Timothy S. McGovern