# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Travelers Companies Inc

                                Plaintiff,

v.                                                       Case No.: 1:08−cv−02952
                                                    Honorable James B. Moran

Evergreen Shipping Agency (America) Corporation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable James B. Moran:Plaintiff's motion to vacate orders dismissing count I of plaintiff's complaint against Ace World Wide (docket numbers [24] & [25]) is granted; Motion hearing held on 8/19/2008 regarding motion to vacate, motion for relief [26]. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.